IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CESAR URBINO, on behalf of himself and other persons similarly situated,<br><br>   Plaintiff,<br><br>v.<br><br>ASSOCIATED BUILDING SERVICES, LLC, and TROY STRAHAN,<br><br>   Defendants. | Case No.: 18-4006<br><br>JUDGE SUSIE MORGAN<br><br>MAG. JUDGE JOSEPH C. WILKINSON |

**PROPOSED SEALED
CONSENT MOTION TO APPROVE FLSA SETTLEMENT**

  The parties have reached a settlement of the Plaintiffs' claims and hereby seek Court approval to dismiss this case. Defendants consent to this motion.

BACKGROUND

  1. On April 17, 2018, Plaintiff, Cesar Urbino (Urbino), filed a Complaint alleging that Defendants, Associated Building Services, LLC and Troy Strahan (hereinafter collectively "Defendants"), violated the Fair Labor Standards Act (FLSA), 29 U.S.C. § 201 et seq., by failing to pay overtime to "similarly situated" employees for hours worked in excess of forty hours in a workweek.

  2. On May 8, 2018, the Defendants answered the complaint.

  3. On September 4, 2018, Urbino filed a motion to certify a class of similarly situated individuals. The Defendants filed a response and Urbino filed a reply.

  4. On September 16, 2018 Defendants filed a motion for summary judgment. Urbino filed a response and Defendants filed a reply.

  5. On September 18, 2018 Urbino filed for leave to amend his complaint. This was opposed by the Defendants and the parties briefed the issue.

6. On October 11, 2018 Defendants moved for a protective order. Urbino opposed the motion and the parties fully briefed the issue.

8. Throughout this litigation, the parties exchanged discovery and worked towards resolving the underlying claims.

9. Ultimately, the parties agreed on a resolution.

10. This resolution was calculated according to the actual overtime hours that Plaintiff claimed to have worked. Urbino and his Counsel believe that the settlement is a fair, adequate and reasonable resolution of disputed claims. Under the terms of the settlement, Urbino will receive $3,750.

11. Pursuant to the negotiated settlement Defendants have also agreed to pay Plaintiffs' attorneys the sum of for their attorneys' fees and costs herein, in the amount of $16,250.

## ARGUMENT AND AUTHORITY

12. The FLSA provides that any employer who violated its provisions shall be liable to the employees affected in the amount of unpaid wages, or their unpaid overtime compensation, as the case may be. 29 U.S.C. Section 216(b). The FLSA not only obliges employers to pay employees for unpaid back wages, it compels employers to pay an additional amount in "liquidated damages." *Id*.

13. Parties who seek to compromise FLSA claims must be mindful that the Fifth Circuit has promulgated standards for the approval of such agreements. In reviewing an FLSA settlement, a court should determine whether the agreement to settle contemplates a "bona fide dispute" over the actual FLSA claim itself. *Martin v. Spring Break '83 Productions, L.L.C.*, 688 F.3d 247, 255 (5th Cir. 2012).

14. Over the course of multiple settlement talks, the parties specifically discussed the overtime claims of the Plaintiffs, the overtime hours that the Plaintiffs claimed to have worked, Plaintiffs' hourly rates of pay and the hours that Plaintiffs claimed to have worked.

15. Thus, the settlement in this case resolves a "bona fide dispute" among the parties regarding Defendant's liability under the FLSA and whether Plaintiffs were entitled to any overtime wages and/or liquidated damages.

## CONCLUSION & PRAYER

WHEREFORE PREMISES CONSIDERED, the parties seek approval of this FLSA settlement for all reasons stated herein.

Respectfully submitted:

/s/ *Roberto Luis Costales*

Roberto Luis Costales (#33696)
William H. Beaumont (#33005)
BEAUMONT COSTALES LLC
3801 Canal Street, Suite 207
New Orleans, LA 70119
Telephone: (504) 534-5005
rlc@beaumontcostales.com
ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been served on all counsel of record by placing a copy of same in the United States mail, postage prepaid and properly addressed, this 29th day of January 2019 and/or by notification via electronic transmission and/or e-filing.

/s/ *Roberto Luis Costales*